**UNITED STATES of America**

v.

**Keith BECK, Appellant**

No. 17-1709

United States Court of Appeals, Third Circuit.

Submitted Under Third Circuit LAR 34.1(a) January 16, 2018

(Opinion filed: January 26, 2018)

Rebecca R. Haywood, Esq., Laura S. Irwin, Esq., Office of United States Attorney, Pittsburgh, PA, for Plaintiff-Appellee

Steven C. Townsend, Esq., Eddy DeLuca Gravina & Townsend, Pittsburgh, PA, for Defendant-Appellant

Before: AMBRO, RESTREPO, and FUENTES, Circuit Judges

OPINION *

AMBRO, Circuit Judge

The Government met its burden of proving Beck violated the conditions of release on the basis of the positive drug test on January 11, 2017. *See* U.S.S.G. § 7B1.1. That test was listed on the Government's pre-hearing petition, thus any further notice deficiencies cannot amount to clear error for lack of prejudice. *See United States v. Olano*, 507 U.S. 725, 734, 113 S.Ct. 1770, 123 L.Ed.2d 508 (1993). The District Court's judgment revoking Beck's supervised release is affirmed.

---

* This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not constitute binding precedent.